# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

PHILLIP DeGRAND,

      Plaintiff,  :  Case No. 3:09-cv-121

  -vs-                                       Magistrate Judge Michael R. Merz

                                         :

TADEUSZ BANBURSKI, et al.,

      Defendants.

## ORDER

This case is before the Court *sua sponte* upon the filing of Notice of Deposition for Austin Knight (Doc. No. 20) and James Bell (Doc. No. 21), both setting depositions for February 12, 2010.

Pursuant to Fed. R. Civ. P. 5, discovery documents, including Notices of Deposition, are not to be filed. Accordingly, these two Notices are stricken.

Of more concern is the fact that nothing in the Notices indicates that these depositions are being taken by agreement of counsel and the discovery deadline in this case expired August 3, 2009, nearly six months ago. The Court calls counsels' attention to the following language on discovery in the Scheduling Order:

> Absent agreement among counsel or approval by the Court, there will be no continuation of discovery beyond the discovery cut-off date. If counsel extend discovery by agreement, there will be no supervision or intervention by the Court, such as a Fed. R. Civ. P. 37 request for sanctions, without a showing of extreme circumstances. Parties who undertake to extend discovery beyond the cutoff date do so at the risk the Court may not permit its completion prior to trial.
>
> No trial setting will be vacated due to the failure to complete discovery, except under the most unusual of circumstances.

1

> The term "discovery" includes any depositions for presentation at trial in lieu of appearance.

(Doc. No. 9 at 3).

January 22, 2010.

s/ **Michael R. Merz**<br>United States Magistrate Judge