# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

PHILLIP DeGRAND,

      Plaintiff,    :    Case No. 3:09-cv-121

  -vs-                                      Magistrate Judge Michael R. Merz

                                 :

TADEUSZ BANBURSKI, et al.,

      Defendants.

## ORDER

On Motion (Doc. No. 26) of the Intervening Plaintiff, Accident Fund Insurance Company, with the consent of all other parties, and the court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Accident Fund Insurance Company, is granted leave to intervene herein. The Clerk shall detach the intervening complaint and file it forthwith.

March 5, 2010.

                                                                              s/ **Michael R. Merz**
                                                                          United States Magistrate Judge